UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BAUER, FREDERICK A., JR. | § | Case No. 11-08030 |
| BAUER, CASEY R. | § | |
| | § | Honorable Pamela S. Hollis |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
7th Floor
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 11/01/2011 in Courtroom 644, United States Courthouse Courthouse, 219 South Dearborn Street
Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/03/2011         By:    Ira Bodenstein
                                       Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: BAUER, FREDERICK A., JR. § Case No. 11-08030
   BAUER, CASEY R. §
                §
  Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,268.65 |
| *and approved disbursements of* | $ 38.44 |
| *leaving a balance on hand of* [1] | $ 7,230.21 |
| **Balance on hand:** | $ 7,230.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,230.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,476.87 | 0.00 | 1,476.87 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,476.87 |
| Remaining balance: | $ 5,753.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 5,753.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $366.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Illinois Department of Revenue | 366.00 | 0.00 | 366.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 366.00 |
| Remaining balance: | $ | 5,387.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,037.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 85.96 | 0.00 | 38.47 |
| 2 | Fifth Third Bank | 1,192.05 | 0.00 | 533.49 |
| 4 | Chase Bank USA NA | 3,125.04 | 0.00 | 1,398.58 |
| 5 | FIA Card Services, NA/Bank of America by Am.InfoSourceAgent | 7,634.63 | 0.00 | 3,416.80 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,387.34 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

Total to be paid for subordinated claims: $    0.00
Remaining balance:   $    0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                             Case No. 11-08030-PSH
Frederick A. Bauer                                                 Chapter 7
Casey R. Bauer
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: pgordon              Page 1 of 1           Date Rcvd: Oct 04, 2011
                               Form ID: pdf006            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2011.
db           +Frederick A. Bauer, Jr.,    1165 S. Smith,   Palatine, IL 60067-7232
jdb          +Casey R. Bauer,   125 Oak Lawn Court,   Apt. 304,   Schaumburg, IL 60195-5128
16883071     +Bank of America,   P. O. Box 19886,   Wilmington, DE 19886-0001
16883072      Chase,   P.O. Box 9001871,   Louisville, KY 40290-1871
17522797      Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
16883073      Citi Cards,   Processing Center,   Des Moines, IA 50363-0001
17186961     +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
16883075      Fifth Third Bank,   PO Box 750789,   Cincinnati, OH 45274-0789
16883076     +Heller & Frisone, Ltd.,   33 North Lasalle Street,   Suite 1200,   Chicago, IL 60602-2866
16883077    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Division,
                100 W. Randolph Street,   Chicago, IL 60601)
17298401      Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
16883078     +Midwest Children's Heart Spec., S.C,   1555 N Barrington,   Ste 430,
                Hoffman Estates, IL 60169-1065
16883079     +The Law Offices of Grant and Grant,   30 North LaSalle Street,   Suite 1728,
                Chicago, IL 60602-3342
16883080      United Healthcare,   Greensboro Service Center,   PO Box 30557,   Salt Lake City, UT 84130-0557
16883084     +Wells Fargo Home Equity,   PO Box 14411,   Des Moines, IA 50306-3411
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16883074      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2011 02:45:51     Discover,   PO Box 6103,
                Carol Stream, IL 60197-6103
17170406      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2011 02:45:51     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17549215      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2011 02:45:10
                FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
                Oklahoma City, OK 73124-8809
                                                                                            TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16883081*      United Healthcare,   Greensboro Service Center,   PO Box 30557,   Salt Lake City, UT 84130-0557
16883082*      United Healthcare,   Greensboro Service Center,   PO Box 30557,   Salt Lake City, UT 84130-0557
16883083*      United Healthcare,   Greensboro Service Center,   PO Box 30557,   Salt Lake City, UT 84130-0557
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2011**          **Signature:** *Joseph Speetjens*