# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BAUER, FREDERICK A., JR. | § | Case No. 11-08030 |
| BAUER, CASEY R. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $263,932.36 |
| Total Distribution to Claimants: $5,753.40 | Claims Discharged Without Payment: $131,785.03 |
| Total Expenses of Administration: $1,515.31 | |

3) Total gross receipts of $   7,268.71   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2** ), yielded net receipts of $7,268.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,515.31 | 1,515.31 | 1,515.31 |
|    PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 366.00 | 732.00 | 732.00 | 366.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 137,105.56 | 12,037.68 | 12,037.68 | 5,387.40 |
| **TOTAL DISBURSEMENTS** | $137,471.56 | $14,284.99 | $14,284.99 | $7,268.71 |

4)  This case was originally filed under Chapter 7 on February 28, 2011. The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/06/2012          By:  /s/Ira Bodenstein
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Citibank checking account | 1129-000 | 7,268.36 |
| Interest Income | 1270-000 | 0.35 |
| **TOTAL GROSS RECEIPTS** | | $7,268.71 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,476.87 | 1,476.87 | 1,476.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 13.44 | 13.44 | 13.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,515.31 | 1,515.31 | 1,515.31 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Illinois Department of Revenue | 5800-000 | 366.00 | 366.00 | 366.00 | 0.00 |
| | Clerk of the US Bankruptcy Court | 5800-000 | N/A | 366.00 | 366.00 | 366.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 366.00 | 732.00 | 732.00 | 366.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 85.96 | 85.96 | 85.96 | 38.48 |
| 2 | Fifth Third Bank | 7100-000 | 1,146.60 | 1,192.05 | 1,192.05 | 533.50 |
| 4 | Chase Bank USA NA | 7100-000 | 2,871.68 | 3,125.04 | 3,125.04 | 1,398.59 |
| 5 | FIA Card Services, NA/Bank of America by | 7100-000 | 8,232.57 | 7,634.63 | 7,634.63 | 3,416.83 |
| NOTFILED | United Healthcare Greensboro Service Center | 7100-000 | 209.48 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Equity | 7100-000 | 124,069.46 | N/A | N/A | 0.00 |
| NOTFILED | United Healthcare Greensboro Service Center | 7100-000 | 142.56 | N/A | N/A | 0.00 |
| NOTFILED | United Healthcare Greensboro Service Center | 7100-000 | 333.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Children's Heart Spec., S.C | 7100-000 | 14.25 | N/A | N/A | 0.00 |
| NOTFILED | The Law Offices of Grant and Grant | 7100-000 | unknown | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 137,105.56 | 12,037.68 | 12,037.68 | 5,387.40 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-08030 | Trustee: (330129) Ira Bodenstein |
| Case Name: BAUER, FREDERICK A., JR. | Filed (f) or Converted (c): 02/28/11 (f) |
| BAUER, CASEY R. | §341(a) Meeting Date: 04/08/11 |
| Period Ending: 03/06/12 | Claims Bar Date: 07/18/11 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash on hand<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 20.00 | 20.00 | | 0.00 | FA |
| 2  Citibank checking account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 8,358.40 | 4,858.40 | | 7,268.36 | FA |
| 3  Citibank savings acccount<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 625.72 | 625.72 | | 0.00 | FA |
| 4  Motorola credit union checking account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 5,253.79 | 1,753.79 | | 0.00 | FA |
| 5  Motorola credit union savings account<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 10.45 | 10.45 | | 0.00 | FA |
| 6  Remington Place Apartments Security Deposit<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 100.00 | 100.00 | | 0.00 | FA |
| 7  2 dresses, 1 couch, 1 bed, movies, CD's, 1 tv, 1<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8  Movies, CD's<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 40.00 | 40.00 | | 0.00 | FA |
| 9  Normnal wearing apparel<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 400.00 | 0.00 | | 0.00 | FA |
| 10  diamond earrings, costume jewelry, wedding ring,<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 350.00 | 350.00 | | 0.00 | FA |
| 11  State Farm term policy - $900,000.00 face value<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12  State Farm term policy $865,000.00 face value - | 0.00 | 0.00 | | 0.00 | 0.00 |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-08030 | Trustee: (330129) Ira Bodenstein |
| Case Name: BAUER, FREDERICK A., JR. | Filed (f) or Converted (c): 02/28/11 (f) |
| BAUER, CASEY R. | §341(a) Meeting Date: 04/08/11 |
| Period Ending: 03/06/12 | Claims Bar Date: 07/18/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 12 | | | | | |
| 13 | Prudential term policy $500,000.00 face value -<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | State Farm term policy - $300,000.00 face value<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | AT&T group policy - $336,000.00 face value - no<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16 | At&T Mathew policy - $5,000.00 face value - no c<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | AT&T Christine Policy- $5,000.00 face value - no<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | IRA Sigma Financial<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 132,200.51 | 0.00 | | 0.00 | FA |
| 19 | 401K AT&T<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 108,948.43 | 0.00 | | 0.00 | FA |
| 20 | IRA TDAmeritrade<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 9,264.15 | 0.00 | | 0.00 | FA |
| 21 | Pension AT&T/month at age 65<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 943.27 | 0.00 | | 0.00 | FA |
| 22 | Pension Motorola/month at age 65<br>Orig. Asset Memo: Imported from original petition<br>Doc# 12 | 1,676.00 | 0.00 | | 0.00 | FA |
| 23 | 1997 Mercury Sable<br>Orig. Asset Memo: Imported from original petition | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-08030

**Case Name:** BAUER, FREDERICK A., JR.
BAUER, CASEY R.

**Period Ending:** 03/06/12

**Trustee:** (330129)    Ira Bodenstein

**Filed (f) or Converted (c):** 02/28/11 (f)

**§341(a) Meeting Date:** 04/08/11

**Claims Bar Date:** 07/18/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 12 | | | | | |
| 24 | 1999 Mitsubishi Eclipse<br>    Orig. Asset Memo: Imported from original petition<br>    Doc# 12 | 2,000.00 | 0.00 | | 0.00 | FA |
| 25 | 2006 Dell Laptop Computer<br>    Orig. Asset Memo: Imported from original petition<br>    Doc# 12 | 100.00 | 100.00 | | 0.00 | FA |
| 26 | 3 hamsters, 2 snails, 4 fish<br>    Orig. Asset Memo: Imported from original petition<br>    Doc# 12 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.35 | FA |
| 27 | **Assets    Totals** (Excluding unknown values) | **$271,790.72** | **$7,858.36** | | **$7,268.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    October 3, 2011        **Current Projected Date Of Final Report (TFR):**    October 3, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-08030 |
| **Case Name:** | BAUER, FREDERICK A., JR. |
| | BAUER, CASEY R. |
| **Taxpayer ID #:** | **-***3320 |
| **Period Ending:** | 03/06/12 |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******90-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/11 | {2} | Casey R. Bauer | Non-exempt funds in bank accounts | 1129-000 | 7,268.36 | | 7,268.36 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 7,268.38 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,268.43 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,268.48 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.06 | | 7,268.54 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.44 | 7,255.10 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,255.16 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,230.16 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,230.21 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,230.27 |
| 11/03/11 | Int | The Bank of New York Mellon | Account Transfer | 1270-000 | 0.00 | | 7,230.27 |
| 11/03/11 | | To Account #9200******9066 | Account Transfer | 9999-000 | | 7,230.27 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,268.71 | 7,268.71 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,230.27 | |
| **Subtotal** | 7,268.71 | 38.44 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,268.71** | **$38.44** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-08030 |
| Case Name: | BAUER, FREDERICK A., JR. |
| | BAUER, CASEY R. |
| Taxpayer ID #: | **-***3320 |
| Period Ending: | 03/06/12 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******90-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/11 | | From Account #9200******9065 | Account Transfer | 9999-000 | 7,230.27 | | 7,230.27 |
| 11/07/11 | 101 | Ira Bodenstein | Dividend paid 100.00% on $1,476.87, Trustee Compensation;  Reference: | 2100-000 | | 1,476.87 | 5,753.40 |
| 11/07/11 | 102 | Illinois Department of Revenue | Dividend paid 100.00% on $366.00; Claim# 3; Filed: $366.00; Reference: Voided on 12/06/11 | 5800-000 | | 366.00 | 5,387.40 |
| 11/07/11 | 103 | Discover Bank | Dividend paid  44.75% on $85.96; Claim# 1; Filed: $85.96; Reference: 8596 | 7100-000 | | 38.48 | 5,348.92 |
| 11/07/11 | 104 | Fifth Third Bank | Dividend paid  44.75% on $1,192.05; Claim# 2; Filed: $1,192.05; Reference: 8407 | 7100-000 | | 533.50 | 4,815.42 |
| 11/07/11 | 105 | Chase Bank USA NA | Dividend paid  44.75% on $3,125.04; Claim# 4; Filed: $3,125.04; Reference: 2893 | 7100-000 | | 1,398.59 | 3,416.83 |
| 11/07/11 | 106 | FIA Card Services, NA/Bank of America by Am.InfoSourceAgent | Dividend paid  44.75% on $7,634.63; Claim# 5; Filed: $7,634.63; Reference: 5827 | 7100-000 | | 3,416.83 | 0.00 |
| 12/06/11 | 102 | Illinois Department of Revenue | Dividend paid 100.00% on $366.00; Claim# 3; Filed: $366.00; Reference: Voided: check issued on 11/07/11 | 5800-000 | | -366.00 | 366.00 |
| 02/07/12 | 107 | Clerk of the US Bankruptcy Court | Unclaimed Funds/Claim No 3 | 5800-000 | | 366.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,230.27 | 7,230.27 | $0.00 |
| Less: Bank Transfers | | 7,230.27 | 0.00 | |
| Subtotal | | 0.00 | 7,230.27 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $7,230.27 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # 9200-******90-65 | 7,268.71 | 38.44 | 0.00 |
| Checking # 9200-******90-66 | 0.00 | 7,230.27 | 0.00 |
| | $7,268.71 | $7,268.71 | $0.00 |

{} Asset reference(s)

Printed: 03/06/2012 03:58 PM   V.12.57